UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKASHA SVENDSEN,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 15-cv-01232-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the Feb. 9, 2016 mediation, the case management conference scheduled for January 28, 2016 is continued to February 25, 2016 at 1:30 p.m. The parties shall provide an updated case management conference statement one week before the conference and, in particular, shall address whether referral to a magistrate judge for a settlement conference would be useful.

**IT IS SO ORDERED.**

Dated: January 25, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge